IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MIGUEL DAVILA JR, § § Petitioner, § VS. § CIVIL NO. 2:17-CV-306 § R S SALINAS, § § Respondent. § | |

# <u>ORDER</u>

Before the Court is the August 28, 2018, Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred. Dkt. No. 51. After independently reviewing the record and considering the applicable law, the Court **ADOPTS** the M&R, Dkt. No. 51, in its entirety.

The Court hereby **DENIES** Petitioner's Rule 60(b) Motion for Relief from Judgment, Dkt. No. 50.

SIGNED this 7th day of March 2019.

_____
Hilda Tagle
Senior United States District Judge

1 / 1